AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

BERKENHOFF GmbH,

Petitioner,

V.

GLOBAL TREADE NETWORK, INC., et al.,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:11-cv-00475

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court GRANTS Plaintiff's Motion to Lift Stay, Grant Security, and Decide Application for Confirmation (doc. 44) to the extent that it LIFTS the stay, and CONFIRMS the final arbitration award affirmed by the German Court.  9 U.S.C. § 207.

5/1/2012

Date

JAMES BONINI, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk